UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 10-590(MLC) |
| | : | |
| v. | : | |
| | : | ORDER |
| TYRUICE BOYER | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __8TH__ day of __MAY__ ,2014,

ORDERED that ____ANDREA BERGMAN____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendants in the cause for the purpose of the Initial Appearance.

_____
Tonianne J. Bongiovanni
United States Magistrate Judge

UNITED STATES DISTRICT COURT